ACME LUMBER COMPANY, Respondent, *v.* GEORGE F. MONT-
GOMERY, Appellant.

*Acme Lumber Co.* v. *Montgomery*, 123 App. Div. 620, affirmed.
(Submitted March 19, 1909; decided April 6, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 17, 1908, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action for conversion.

*Frank C. Mebane* for appellant.

*C. A. Mountjoy* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WIL-
LARD BARTLETT, HISCOCK and CHASE, JJ.